IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Alexander, Barbara D | Case Number: 07 B 07185 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/27/08 | Filed: 4/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 10, 2008
Confirmed: June 28, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,065.68 | |
| Secured: | | 953.72 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 54.41 |
| Trustee Fee: | | 57.55 |
| Other Funds: | | 0.00 |
| Totals: | 1,065.68 | 1,065.68 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,424.00 | 54.41 |
| 2. | Nuvell Credit Company LLC | Secured | 11,906.24 | 953.72 |
| 3. | Nuvell Credit Company LLC | Unsecured | 0.00 | 0.00 |
| 4. | B-Real LLC | Unsecured | 103.99 | 0.00 |
| 5. | Target National Bank | Unsecured | 24.10 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 23.66 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 101.49 | 0.00 |
| 8. | Country Door | Unsecured | 33.43 | 0.00 |
| 9. | Providian Bank | Unsecured | 181.11 | 0.00 |
| 10. | Monroe & Main | Unsecured | 9.65 | 0.00 |
| 11. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 12. | Cavalry Portfolio/Collection | Unsecured | | No Claim Filed |
| 13. | Emergency Medical Service | Unsecured | | No Claim Filed |
| 14. | HSBC | Unsecured | | No Claim Filed |
| 15. | RJM Acquisitions LLC | Unsecured | | No Claim Filed |
| 16. | Rush University Medical Center | Unsecured | | No Claim Filed |
| 17. | Rush University Medical Center | Unsecured | | No Claim Filed |
| 18. | OSI Recovery Solutions | Unsecured | | No Claim Filed |
| | | | $ 14,807.67 | $ 1,008.13 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 57.55 |
| | $ 57.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Alexander, Barbara D | Case Number:  07 B 07185 |
| | Judge:  Wedoff, Eugene R |
| Printed:  5/27/08 | Filed:  4/20/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

